FILED: APRIL 11, 2008
08CV2082
JUDGE NORGLE
MAGISTRATE JUDGE MASON
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,
                                                              Plaintiffs,
- v -
LAKE TERRACE CONDOMINIUM ASSOC., an Illinois Corp.,   Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND

| | |
|---|---|
| NAME (Type or print) ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ ROBERT B. GREENBERG | |
| FIRM   ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS   200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP   Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   01047558 | TELEPHONE NUMBER   312-263-1500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐