U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08CV2082
Teamsters Local Union No. 727 Health and Welfare Fund, et al.
v.
Lake Terrace Condominium Association, an Illinois
Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake Terrace Condominium Association

| NAME (Type or print) |  |
|---|---|
| Jason E. Orth |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jason E. Orth | |
| FIRM | |
| Kovitz Shifrin Nesbit | |
| STREET ADDRESS | |
| 750 Lake Cook Road, Suite 350 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60089 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6217513 | (847) 537-0500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |