IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION 727 HEALTH AND WELFARE FUND, ET AL., )<br><br>Plaintiff,<br>vs.<br><br>LAKE TERRACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation,<br><br>Defendant. | No. 08-CV-2082 |

### DEFENDANT LAKE TERRACE CONDOMINIUM ASSOCIATION'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

The undersigned, counsel for Lake Terrace Condominium Association, furnishes the following in compliance with Local Rule 3.2:

1. The following is the parent company for Lake Terrace Condominium Association:

   **None.**

2. The following are entities that own 5 percent or more of Lake Terrace Condominium Association:

   **None.**

                                                    **LAKE TERRACE CONDOMINIUM ASSOCIATION**

                                                    By:   /s/ Jason E. Orth
                                                          One of its attorneys

Jason E. Orth
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

516309.1