IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION 727 ) | | |
| HEALTH AND WELFARE FUND, ET AL.,) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No. 08-CV-2082 | |
| ) | | |
| LAKE TERRACE CONDOMINIUM ) | | |
| ASSOCIATION, an Illinois not for profit ) | | |
| corporation, ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF FILING

TO:　Robert B. Greenberg
　　　Asher, Gittler, Greenfield & D'Alba, Ltd.
　　　200 West Jackson Blvd., Suite 1900
　　　Chicago, IL 60606

　　　**PLEASE TAKE NOTICE** that on the 8th day of May, 2008, we filed with the Clerk of the

U.S. District Court, Northern District, Eastern Division, the Appearance of Jason E. Orth and Lake

Terrace Condominium Association's Local Rule 3.2 Disclosure Statement.

　　　　　　　　　　　　　　　　　　　LAKE TERRACE CONDOMINIUM
　　　　　　　　　　　　　　　　　　　ASSOCIATION

　　　　　　　　　　　　　　　　　　　By:　/s/ Jason E. Orth
　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Jason E. Orth
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

516313.1

**PROOF OF SERVICE BY U.S. MAIL**

I, the undersigned, on oath state, that I served the foregoing Notice of Filing, Appearance of Jason E. Orth, and Lake Terrace Association's Local Rule 3.2 Disclosure Statement by mailing a true and correct copy of each to the address shown above with proper postage prepaid this 8th day of May, 2008.

/s/ Jason E. Orth

Jason E. Orth
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

516313.1