IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION 727 HEALTH AND WELFARE FUND, ET AL., ) ) ) Plaintiff, ) ) vs. ) ) LAKE TERRACE CONDOMINIUM ) ASSOCIATION, an Illinois not for profit ) corporation, ) ) Defendant. ) | No. 08-CV-2082 |

## NOTICE OF FILING

TO: Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Blvd
Suite 1900
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 28th day of May, 2008, we filed with the Clerk of the

U.S. District Court, Northern District, Eastern Division, the Appearance of Lizabeth A. Muniz.

                                                                          LAKE TERRACE CONDOMINIUM ASSOCIATION

                                                                          By:   /s/ Lizabeth A. Muniz
                                                                                 One of its Attorneys

520663.1

## PROOF OF SERVICE BY U.S. MAIL

  I, the undersigned, on oath state, that I served the foregoing Notice of Filing and Appearance of Lizabeth A. Muniz, by mailing true and correct copies to the address shown above with proper postage prepaid this 28th day of May, 2008.

                   /s/ Lizabeth A. Muniz

Lizabeth A. Muniz
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

520663.1