IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION 727 HEALTH AND WELFARE FUND, ET AL., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08-CV-2082 |
| LAKE TERRACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Robert B. Greenberg
　　　Asher, Gittler, Greenfield & D'Alba, Ltd.
　　　200 West Jackson Blvd
　　　Suite 1900
　　　Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 3rd day of June, 2008, we filed with the Clerk of the U.S. District Court, Northern District, Eastern Division, the Answer of Defendant Lake Terrace Condominium Association.

　　　　　　　　　　　　　　　　　　　LAKE TERRACE CONDOMINIUM ASSOCIATION

　　　　　　　　　　　　　　　　　　　By:   /s/ Lizabeth A. Muniz
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

522368.1

## PROOF OF SERVICE BY U.S. MAIL

      I, the undersigned, on oath state, that I served the foregoing Notice of Filing and Appearance of Lizabeth A. Muniz, by mailing true and correct copies to the address shown above with proper postage prepaid this 3rd day of June, 2008.

                                       /s/ Lizabeth A. Muniz

Lizabeth A. Muniz
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

522368.1